# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1201**
**CAF 11-00305**
PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, GREEN, AND GORSKI, JJ.

IN THE MATTER OF DAVID L. PIERCE,
PETITIONER-RESPONDENT-RESPONDENT,

V                                                              ORDER

SARA WOLF, RESPONDENT-PETITIONER-APPELLANT.

PALMER, MURPHY & TRIPI, BUFFALO (THOMAS A. PALMER OF COUNSEL), FOR
RESPONDENT-PETITIONER-APPELLANT.

RANDY S. MARGULIS, WILLIAMSVILLE, FOR PETITIONER-
RESPONDENT-RESPONDENT.

ELISABETH M. COLUCCI, ATTORNEY FOR THE CHILD, BUFFALO, FOR ABIGAIL P.

-------------------------------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Erie County (Sharon M.
LoVallo, A.J.), entered May 11, 2010 in a proceeding pursuant to
Family Court Act article 6.  The order, among other things, awarded
petitioner-respondent sole custody of the subject child.

     Now, upon reading and filing the stipulation of discontinuance
signed by the attorneys for the parties, petitioner-respondent,
respondent-petitioner, and by the Attorney for the Child on October
19, 2011,

     It is hereby ORDERED that said appeal is unanimously dismissed
without costs upon stipulation.

Entered:  November 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court